UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEN ROBERTS,<br><br>            Plaintiff,<br><br> vs.<br><br>JAMES COX, Deputy Director NDOC,<br>Howard Skolnik, et al.,<br><br>            Defendants. | 2:09-CR-02382-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED** that Plaintiff Roberts' Motion for Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order (Doc. #3), filed on December 17, 2009, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendants shall have to and including **September 24, 2010,** within which to respond to Plaintiff's Amended Motion for Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order (Doc. #5) filed August 16, 2010.

DATED: August 25, 2010.

_____
PHILIP M. PRO
United States District Judge