**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KEN ROBERTS, ) | |
|       Plaintiff, ) | 2:09-CV-02382-PMP-LRL |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JAMES GREG COX, et al., ) | |
| ) | |
|       Defendants. ) | |

The Court having read and considered Plaintiff's fully briefed Motion for Preliminary Injunction (Doc. #15), Motion for Declaratory Judgment (Doc. #16), filed October 1, 2010, and having further considered Plaintiff's Motion for Default Judgment (Doc. #19) filed October 28, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Ken Roberts' Motion for Preliminary Injunction (Doc. #15), Motion for Declaratory Judgment (Doc. #16), and Motion for Default Judgment are **DENIED**.

**IT IS FURTHER ORDERED that** Defendants shall file an Answer to Plaintiff's Complaint within 30 days of the date of this Order.

DATED: November 16, 2010.

_____
PHILIP M. PRO
United States District Judge