# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEN ROBERTS, | ) |
| Plaintiff, | ) 2:09-CV-02382-PMP-LRL |
| vs. | ) |
| JAMES GREG COX, et al., | ) **ORDER** |
| Defendants. | ) |

The Court having read and considered Plaintiff Ken Roberts' Request for Entry of Default Judgment (Doc. #26), filed on December 16, 2010, and Defendants' Response in Opposition thereto (Doc. #27) filed January 4, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff Ken Roberts' Request for Entry of Default Judgment (Doc. #26) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Roberts shall file a response to Defendants' Motion to Dismiss (Doc. #24) not later than **January 21, 2011**.

DATED: January 6, 2011.

_____
PHILIP M. PRO
United States District Judge