1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

* * *

7

KEN ROBERTS,                              )

8

                    Plaintiff,            )          2:09-CV-02382-PMP-LRL
                                          )
9

vs.                                       )
                                          )
10

JAMES GREG COX, et al.,                   )          **ORDER**
                                          )
11

                                          )
                    Defendants.           )
12

_____ )

13

        The Court having read and considered Plaintiff's Motion for Entry of

14

Clerk's Default (Doc. #39) and Defendant's Response in opposition thereto (Doc.

15

#42), and good cause appearing,

16

        **IT IS ORDERED that** Plaintiff's Motion for Entry of Clerk's Default

17

(Doc. #39) is **DENIED**.

18

19

        DATED: September 6, 2011.

20

21

22

_____

23

PHILIP M. PRO
United States District Judge

24

25

26