**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KEN ROBERTS, | ) |
| Plaintiff, | ) 2:09-CV-02382-PMP-LRL |
| vs. | ) |
| JAMES GREG COX, et al., | ) **ORDER** |
| Defendants. | ) |

The Court having read and considered Plaintiff's Motion for Default Judgment (Doc. #45) and Defendant's Response in Opposition thereto (Doc. #46), and good cause appearing,

**IT IS ORDERED that** Plaintiff Ken Roberts' Motion for Default Judgment (Doc. #45) is **DENIED**.

DATED: September 28, 2011.

_____
PHILIP M. PRO
United States District Judge