# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

KEN ROBERTS,

    Plaintiff,

vs.

JAMES GREG COX, et al.,

    Defendants.

2:09-CV-02382-PMP-LRL

**ORDER**

    The Court having read and considered Plaintiff's Motion for Declaratory Judgment (Doc. #52) and Defendant's Response in Opposition thereto (Doc. #53), and good cause appearing,

    **IT IS ORDERED** that Plaintiff's Motion for Declaratory Judgment (Doc. #52) is **DENIED**.

DATED: January 17, 2012.

_____
PHILIP M. PRO
United States District Judge