**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

KEN ROBERTS,                                )
                                            )
                    Plaintiff,              )
                                            )          2:09-cv-02382-PMP -VCF
v.                                          )
                                            )          **O R D E R**
JAMES GREG COX, *et al.,*                    )
                                            )
                    Defendants.             )
_____)

Before the court are *pro se* plaintiff Ken Roberts' Motion To Strike (#60) and Notice of Motion (#61).  Defendants filed an Opposition on January 27, 2012.  (#62).

In plaintiff's motion (#60), he asks this court to "strike defendants['] document #54 as being a duplicate [of] defendant[s'] document #53."  Document #53 is defendants' response to plaintiff's motion for declaratory judgment (#52).  Document #54 is simply a *corrected image* filed in order to amend the date of Certificate of Service to reflect the date the document was actually served.  (#54).  Therefore, striking the corrected image (#54) is not warranted.

Accordingly, and for good cause shown,

IT IS ORDERED that *pro se* plaintiff Ken Roberts' Motion To Strike (#60) is DENIED.

DATED this 31st day of January, 2012.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**